KAW VALLEY DRAINAGE DIST. OF WYANDOTTE COUNTY, KAN., et al.
v. UNITED STATES TRUST CO. OF KANSAS CITY, MO., et al.

(Circuit Court of Appeals, Eighth Circuit. February 24, 1911.)

Nos. 3,567–3,570.

Appeals from the Circuit Court of the United States for the District of Kansas.

Suits in equity by the United States Trust Company of Kansas City, Mo., trustee, and others, against the Kaw Valley Drainage District of Wyandotte County, Kan., and others; Gertrude L. Brown and others against the same; A. B. Adler against the same; and the Fowler Packing Company against the same. Appeals by defendants from orders granting preliminary injunctions. Reversed.

L. W. Keplinger and C. W. Trickett, for appellants.
Willard P. Hall, Charles F. Hutchings, and O. L. Miller (Miller, Buchan & Miller, Samuel Maher, and McCabe Moore, on the brief), for appellees.

Before HOOK and ADAMS, Circuit Judges, and WM. H. MUNGER, District Judge.

WM. H. MUNGER, District Judge. Each of the foregoing cases are in all material respects like the case of Kaw Valley Drainage District of Wyandotte County, Kansas, George Stumpf, L. J. Mason, and Al Mebus v. Metropolitan Water Company, 186 Fed. 315, just decided, and for the reasons there expressed the judgment in each case, granting to complainant a temporary injunction, is reversed, and the causes are remanded for proceedings in accordance with the opinion in the case of Kaw Valley Drainage District, etc., et al. v. Metropolitan Water Company.